NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEURO AND CARDIAC TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**LIVANOVA, INC., LIVANOVA USA, INC.,**
*Appellees*

---

2020-1990

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00264.

---

## JUDGMENT

---

MARCUS HILL BRAKEFIELD, Nelson Bumgardner Albritton PC, Fort Worth, TX, argued for appellant. Also represented by CHRISTOPHER GRANAGHAN.

J. MICHAEL JAKES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellees. Also represented by KATHLEEN DALEY; BENJAMIN AARON SAIDMAN, Atlanta, GA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 13, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court